UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
)
ALYESKA PIPELINE SERVICE )
COMPANY, )
 )
 )
      Petitioner, )
 ) No. 20-1347
v. )
 )
 )
U.S. ENVIRONMENTAL )
PROTECTION AGENCY, et al. )
 )
      Respondents. )
_____)

**JOINT MOTION TO CONTINUE ABEYANCE**

  Respondents United States Environmental Protection Agency et al. ("EPA") and Alyeska Pipeline Service Company jointly move the Court to continue to hold this case in abeyance, with motions to govern due October 1, 2025.

  In support of this motion, EPA states as follows:

  1. Alyeska challenges an EPA final rule entitled "National Emission Standards for Hazardous Air Pollutants: Organic Liquids Distribution (Non-Gasoline) Residual Risk and Technology Review," 85 Fed. Reg. 40,740 (July 7, 2020) ("Rule").

  2. This case was previously consolidated with two other cases, Case Nos. 1342 and 1345, under *Am. Fuel & Petrochemical Manufacturers v. EPA*, Case No. 20-1342, and all had been stayed. Order (July 3, 2024), Doc. No.

2062953. But in October 23, 2024, this Court granted EPA's unopposed motion to sever this case from the other cases. *Am. Fuel & Petrochemical Manufacturers v. EPA*, Case No. 20-1342, ECF No. 2081511. EPA sought such relief because EPA and Alyeska were pursuing a separate administrative process, that, if completed, may fully resolve Alyeska's challenge. *Id.*, ECF No. 2077650.

3.  EPA and Alyeska continue to pursue this separate administrative process. The parties thus ask that the case remain in abeyance, with motions to govern due October 1, 2025.

4.  Continuing to hold this case in abeyance will promote judicial efficiency and may conserve the resources of the Court and the parties.

WHEREFORE, EPA requests that the Court should continue to hold this case in abeyance and direct Alyeska and EPA to file motions to govern further proceedings on October 1, 2025.

Respectfully submitted,

/s/ *Sarah Izfar*
ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
SARAH IZFAR
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
(202) 305-0490
Sarah.izfar@usdoj.gov

*Counsel for Respondents*


/s/ *Thomas Sansonetti*
THOMAS SANSONETTI
Holland & Hart LLP
555 17th St., Suite 3200
Denver, CO 80202
(307) 778-4250
tlsansonetti@hollandhart.com

*Counsel for Petitioner*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 258 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word 2016 in Times New Roman fourteen-point font.

*/s/ Sarah Izfar*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ Sarah Izfar*