**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ALYESKA PIPELINE SERVICE COMPANY,<br><br>Petitioner,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>Respondents<br>and<br><br>CALIFORNIA COMMUNITIES AGAINST TOXICS, et al.<br><br>Respondent-Intervenors. | No. 20-1347 |

**EPA'S UNOPPOSED MOTION TO CONTINUE ABEYANCE**

Respondents United States Environmental Protection Agency et al. ("EPA") move the Court to continue to hold this case in abeyance, with motions to govern due July 30, 2026. Petitioner and Intervenors do not oppose the motion.

In support of this motion, EPA states as follows:

1. Alyeska challenges an EPA final rule entitled "National Emission Standards for Hazardous Air Pollutants: Organic Liquids Distribution (Non-Gasoline) Residual Risk and Technology Review," 85 Fed. Reg. 40,740 (July 7, 2020.

2. This case was previously consolidated with two other cases, Case Nos. 1342 and 1345, under *Am. Fuel & Petrochemical Manufacturers v. EPA*, Case No. 20-1342, and all were stayed. Order (July 3, 2024), Doc. No. 2062953. But in October 23, 2024, this Court granted EPA's unopposed motion to sever this case from the other cases. *Am. Fuel & Petrochemical Manufacturers v. EPA*, Case No. 20-1342, ECF No. 2081511. EPA sought such relief because the agency and Alyeska were pursuing a separate administrative process that, if completed, may fully resolve Alyeska's challenge. *Id*., ECF No. 2077650.

3. EPA and Alyeska continue to pursue this separate administrative process.

4. Continuing to hold this case in abeyance will promote judicial efficiency and may conserve the resources of the Court and the parties.

WHEREFORE, EPA requests that the Court continue to hold this case in abeyance and direct the parties to file motions to govern further proceedings on July 30, 2026.

Respectfully submitted,

/s/ *Sarah Izfar*
ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
SARAH IZFAR
U.S. Department of Justice
Environment and Natural Resources Division

150 M St. NE
Washington, DC 20002
(202) 532-3050
Sarah.izfar@usdoj.gov

*Counsel for Respondents*

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 242 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word 2016 in Times New Roman fourteen-point font.

*/s/ Sarah Izfar*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2026, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ Sarah Izfar*